894 A.2d 656

IN THE MATTER OF FRANKLIN H. BARNES, IV, AN ATTORNEY AT LAW (ATTORNEY NO. 026961992).

March 29, 2006.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 05–334, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **FRANKLIN H. BARNES, IV,** of **RANDOLPH,** who was admitted to the bar of this State in 1992, should be reprimanded for violating *RPC* 1.3 (lack of diligence) and *RPC* 8.1(b) (failure to cooperate with cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **FRANKLIN H. BARNES, IV,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.